UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                                                                                                Crim. No. 11-359-JAP

MEONAHAN SCOTT PRAIRIECHIEF,
    Defendant.

**ORDER**

        Defendant Meonahan Scott Prairiechief filed a MOTION TO CONTINUE STATUS CONFERENCE (Doc. No. 24) (Motion to Continue) on November 10, 2011. Defendant Prairiechief asks the Court to vacate and reset the pretrial status conference presently set for December 16, 2011, at 2:00 p.m. in Durango, Colorado because defense counsel will be engaged in a trial in Denver, Colorado on that date. On November 28, 2011, the Court held a telephone conference, on the record, to discuss Defendant Prairiechief's Motion to Continue. Assistant United States Attorney Dondi Osborne appeared on behalf of the Government. Attorney Robert Pepin appeared on behalf of Defendant Prairiechief.

        The Court has considered Defendant Prairiechief's Motion to Continue and concludes that the Motion to Continue should be granted. Accordingly, the December 16, 2011, pretrial status conference will be vacated and reset for Wednesday, January 4, 2012, at 9:00 a.m. in Room 235 of the United States District Court for the District of Colorado at 103 Sheppard Drive, Durango, Colorado, 81303.

        On November 10, 2011, in addition to the Motion to Continue, Defendant Prairiechief filed a MOTION TO SUPPRESS STATEMENT (Doc. No. 26) (Motion to Suppress) and a MOTION FOR PRETRIAL NOTICE OF 404(b) EVIDENCE (Doc. No. 25) (404(b) Motion).

On November 21, 2011, the Government filed the UNITED STATES' RESPONSE TO DEFENDANT MOTION TO SUPPRESS STATEMENT (Doc. No. 28) and the GOVERNMENT'S NOTICE OF INTENT TO OFFER INTRINSIC EVIDENCE AND EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS PURSUANT TO FED. R. EVID. 404(b) AND RESPONSE TO DEFENDANT'S MOTION (Doc. No. 29) (Notice of Intent to Offer 404(b) Evidence).

At the January 4, 2012, pretrial status conference the Court will set a deadline for Defendant Prairiechief to respond to the Government's Notice of Intent to Offer 404(b) Evidence. Additionally, at the January 4, 2012, status conference the Court will schedule a hearing on Defendant Prairiechief's Motion to Suppress, Defendant Prairiechief's 404(b) Motion, and the Government's Notice of Intent to Offer 404(b) Evidence.

**IT IS ORDERED THAT** (1) Defendant Meonahan Scott Prairiechief's MOTION TO CONTINUE STATUS CONFERENCE (Doc. No. 24) is granted, (2) the December 16, 2011, pretrial status conference is vacated, and (3) the pretrial status conference is reset for January 4, 2012, at 9:00 a.m. in Durango, Colorado.

_____
SENIOR UNITED STATES DISTRICT COURT JUDGE